United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                                                               Case No. 23-02237-MJC

Daniel A Montville                                                                                               Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                     User: AutoDocke                                       Page 1 of 2
Date Rcvd: Oct 30, 2023                             Form ID: ntcnfhrg                                   Total Noticed: 14

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel A Montville, 117 Motter La, New Berlin, PA 17855-8004 |
| 5569262 | + | PSECU, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2023 18:51:31 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569258 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 30 2023 18:44:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, 500 WOODARD AVE, DETROIT, MI 48226-3416 |
| 5569259 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 30 2023 18:44:00 | ALLY FINANCIAL, INC, P.O. BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5570208 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2023 18:51:33 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569260 | ^ | MEBN | Oct 30 2023 18:41:56 | KML Law Group, 701 Market St Ste 700, Philadelphia, PA 19106-1541 |
| 5569267 | ^ | MEBN | Oct 30 2023 18:42:33 | PPL, 827 Hauseman Rd, Allentown PA 18104-9392 |
| 5569261 | + | Email/Text: bankruptcynotices@psecu.com | Oct 30 2023 18:45:00 | PSECU, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5569333 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 30 2023 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5569264 | + | Email/Text: cathy@scratchpay.com | Oct 30 2023 18:44:00 | SCRATCH FINANCIAL, 815 COLORADO BLVD, LOS ANGELES, CA 90041-1703 |
| 5569263 | | Email/Text: cathy@scratchpay.com | Oct 30 2023 18:44:00 | SCRATCH FINANCIAL, ATTN: COMPLIANCE, 225 S LAKE AVE, STE 250, PASADENA, CA 91101 |
| 5569266 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2023 18:45:00 | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 5569265 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2023 18:45:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust mfarrington@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 1 Daniel A Montville bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel A Montville,

**Debtor 1**

Chapter 13

Case No. 4:23−bk−02237−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 14, 2023 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 OR 1501 N. 6th Street, Harrisburg, PA 17102 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 30, 2023 |

ntcnfhrg (08/21)