The correct address for Scratch Financial is:

225 S LAKE AVE, STE 250
PASADENA CA  91101

This address is already in the Database.

So please remove the incorrect additional address of
815 COLORADO BLVD
LOS ANGELES, CA 90041

Thank you.